ATTACHMENT 1

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2023 DEC 12 P 2: 24

[CLERK] OF COURT

# COMPLAINT FORM
(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE  Western  DISTRICT OF  Wisconsin

(Full name of plaintiff(s))

Shayla Porter-Brauner
Kelona Porter
annalisa Collins

vs

Case Number: **23-C-1666**
(to be supplied by clerk of court)

(Full name of defendant(s))

City of beloit (Rock County)
Waukesha County
City of beloit Police department
city employee Kelly

A.  PARTIES

1.  Plaintiff is a citizen of  Wisconsin  and resides at
    (State)
    1533 Porter Ave Beloit WI 53511
    (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant Officer Muniz, Officer Awen, beloit City employee Kelly (Name)
is (if a person or private corporation) a citizen of Wisconsin
(State, if known)
and (if a person) resides at _____
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)
worked for City of beloit Police department, waukesha county jail, city of beloit town Hall
(Employer's name and address, if known)
(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On or about August 18 2023 officer muniz was called because my child had been beat up by her boyfriend officer muniz contacted my child while with her abuser and told her I called the police Then officer muniz had about 30 armed officers at my home pointing guns and my child

Attachment One (Complaint) – 2

I did not have my public defender with me because the new warrant was signed 2am the same day.

In my write up officer Ewer said I threaten to sue him if I was not released he placed me on a 23 hour cell restriction so I could not call my lawer
My old lawer excused him self from my case 22CF789 after my 23 hour lock down was over I was allowed to leave Jail but had no one to come and get me being I was around 11am when I got out of Jail on the new warrant signed after the officers write up.

Meanwhile after being released I called my emergency contact to find out she had been in the hospital for burns to her body my daughter in Atlanta

→

Since May 22, 2023 I have been fighting a felony charge that was dissmissed and open again by the State of Wisconsin for Identity Theft the sum of $25.00 that is not a felony and I did not obtain money the case has been rescheduled by the courts over 5 times is going on 2 years now this is why it's a matter of federal courts to handle I dont trust the district of Madison WI being that they ignored my complaint for discrimination sexual harrassment and wage discrimination I was paid less than min wage by my employer and moved back to Wisconsin for mediation from the case when I got a felony trumped up charge when my grandmother had left me money in her will from my grandfather who had been compensated for Agent Orange $300,000 but the money was stolen by ex officer Leslie Savage Clark the will

and stolen truss fund
Leslie Savage is my parent
who was employed by
the State of Wisconsin
she also changed the Will
and had my grandmother
will and testament changed
and kept me from returning
after she stole over
306,000 belonging to
my grandmother from
BMO Harris Bank
transfered to
Chase bank

I also asking that my
Grandmother death be
investigated but my aunt
had her and my father
cremated to hide what
happened to them and all
the missing thousands of
dollars left to myself and
my children in 2019
my father died 2020
and Leslie was in his house
stealing all proof of the
money left to my children
and I. I tried to keep
my grandmother out of
nursing home Leslie forced
her in to steal her money

I put my home up to sell and the next month after signing papers to sell my home I was sent a letter laced with fentalyn and passed out when I was passed out from burning the letter and recording it on facebook the police was outsid my home surround my home and we never made any calls for emergency help so how did theel know i was sent a laced letter. I left beloit and went to Georgia while I was under a city employee of Rock County - Beloit City hall changed the name of my property and put it in someone eles name I called to the city and asked who changed the name on my tax bill keeping me from getting any help and my father talfer stanly Porter was the last owner but he died in the home november 23 2020 employee for the city of Beloit is the person named Kelly who told me she changed the name on my home saying I dont own my home but I

Rock County Register of deeds said I do they did not change the name on my property I inherited from my father and to call the city of beloit I did and employee named Kelly said she was the one who changed the name on my house I said to myself they tried to kill me with that laced letter in order to steal my fathers house while I was out of town
I was diagnosed with breast cancer in december and could not deal with the stress the city was doing to me.

go back to 2015 when i filed a complaint with DWD for unpaid wages, discrimination and sexual harrasment from my employer Cars Plus of Janesville WI and my life was almost taken from me after I submitted my complaint with the state of Wisconsin that employer Tom Gustafason only paid me $400.00 four hundred dollars for wages but nothing

→

me a nigger at work or for putting his hands down my pants while I was putting air inside a truck tires.

On about May 2022 I was pulled over in beloit and arrested for a warrant out of waukesha. I was taken to Rock County told I was being charged with identity theft a felony charge for the sum of $100.00 one hundred dollars from a job I had not worked at since 2019. I had to wait on waukesha to get me they never came and I had to give up my disability money to bond out 1000 cash bond one thousand dollar cash bond only been going to court for this for over 1 year now

On July 11 2023 I missed court but wakeshaa court says I missed court on

10-5-2023                                —>

October 18th I was arrested at home with a failure to appear in Waukesha. I stayed in Rock County from Wed to Monday when Waukesha arrived I was taken to Waukesha I had no bond and had been in Rock County for 6 days with no charges pending.

After going to Court on Tuesday I was given a signature bond case # 22CF-789 and told I would be out in 2 Hours by 9pm I was still in Jail I asked why to officer Ewer he told me there was a overdose and I had to wait to be released.

I got a disicpline write up from officer EWER and Lt. crump by 2am I had a new warrant I never had before signed by Judge Carter for bail jumping and that held me in jail longer after I was to be released on bond signature bond when I went to Court the next day. The commissioner asked why was I not sent home

On december 10-15 officer muniz of Beloit Police department the city attorney dropped those charges and gave me his phone number if I needed help in the future I told him that my daughter was arrested that night and it was not written that they arrested her or that they searched my home for 5 Hours I had to stand outside with my grandson waiting to get back inside later on that night officer muniz released my daughter back to her attacker and my home where he was hiding outside from the police. citation number: D7808m7RBC will detail the events of that night the city threatened our lives and that case was a deferred prosecution agreement and dismissed may 18, 2023 months later

- On about December 11-20 my child annalisia Collins did not get off the bus she never gets off the bus late after 4 hours i called 911 to report my child missing when officers arrived to my home

signature →

officer henderson told me that my child was in protective custody at school and was there with school staff I asked is she okay he said she could come home after the investigation was over with. officer Henderson asked me did I own a gun I asked what does that have to do with my child who is 11 years old He said that he wanted to make sure she was safe It did not make sense to me until officer muniz arrived and then I was detained and put in hand-cuffs and the squad car officer muniz got into her car and henderson then said my charge was disorderly conduct while I was still waiting on my child to come home after school we were intervied by children proctective Services and I was released my child was afraid to go back to school my child was not allowed to call me or her father after police kelp her after school

① sp arresste

② sp unarreeste

After getting a signature bond for the new warrant signed by Judge Carter at 2am

I was sent home with 2 court dates for 12-11-2023 December 11 2023 at 10am in Waukesha one is for court room SC-1009 the other is for Branch 4 Room 2028 making it impossible for me to make it to both of my court dates. I can't be in two places at one time guarteed to go to jail again for missing court or bail Jumping case #23CF1697 this was done to me with intention because after finding

bodies of Dead Black People in Wisconsin on 7-11-2016 July 11th 2016 on the facebook page of my ex boyfriend Tim Gunderson her name was Rachel Garrett and more unidentified bodies and photos of Black People I went into protective custody federal protection Just because I found the people on 7-11-2016 as written in the Washington post

and July 11 ~~Feb~~ 2016 is the day I joined the Black Panthers to protect my life because what I had found Wisconsin police knew all about it and so did a few officers who worked in Rockford were also apart of the photos of the dead black people photos I fond

I contacted the White house around 7-11-2016 to let them know my life was in danger because I had found dead black people my name was changed in the Washington Post @ but I am the same Shayla who found the bodies and needed Federal protection because they were trying to Hunt me when they took me into Rockton IL and I was shot at becaus of the first complaint I filed with Department of Workforce in the State of Wisconsin

@ SP USA Today

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want Rock County Beloit and Waukesha County to pay damages in the amount of $32,000,000 thirty-two-million dollars for violation of our rights so no one in my family should have to go through this again. City of Beloit to pay 15,000,000 and Waukesha to pay 17,000,000 unlawful arresst, illegal search, police harrassment, trying to steal my Name, unlawful arresst and Wakesha Just out right violated my Rights

Attachment One (Complaint) – 4

E.  JURY DEMAND

☒ Jury Demand – I want a jury to hear my case
OR
☐ Court Trial – I want a judge to hear my case

Dated this 29th day of October 20 23.

Respectfully Submitted,

_Shayla L Pett-Brown_
Signature of Plaintiff

608-898-1845
Plaintiff's Telephone Number

Shaylapotter76@gmail.com
Plaintiff's Email Address

1533 Porter
Beloit WI 53511
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.