# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Shay'la Porter-Brawner et al. | ) |
| *Plaintiffs* | ) |
| v. | ) |
| City of Beloit et al. | ) |
| *Defendants* | ) |

Civil Action No.   23-cv-1666-bhl

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   the action is dismissed with prejudice for frivolousness.

.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Brett H. Ludwig

on a motion for leave to proceed with prepayment of the filing fee.

.

Date:   December 19, 2023 _____

*CLERK OF COURT*

Julie D. _____

*Signature of Clerk or Deputy Clerk*